WArner Music Group ( parent company), Atlantic Records(record Label), 1501 Entertainment Certified, 300 Entertainment, Digital X Records, Crystal Woodford and it's affiliates willfully conspired to commit copyright infringement against the works created by Denise Jones. WMG and it's employees and affiliates are liable for actions that infringinged copyrights and other rights of Denise Jones of the subject matter of the above-mentioned copyright certificates and related works;SR 915-790, SR 908-675, and SR 915-276 but not limited to by reason of its involvement on the distortion, mutilation, modifications, manufacturer, distribution, sale, and other commercial use of WAP (song and video) and Thot Shit ( song and video). by ARTIST Cardi B and Meganthestallion.

1. As described US COPYRIGHTS LAW 506(a)(1) a-c) Committed willful infringement for the purpose of commercial advantage and/or private gain to determine relief and benefits, income, revenue and or earnings from commercial exploitation of WAP (Meganthestallion and Cardi B ) and THOT SHIT( Meganthestallion) . They brutally hurt the current market value of the works.

2. Reproduced/ distributed by electronic means of retail value over the maximum $1000. The infringed copy was distributed by making it available and accessible on computer networks and available to members of the public. They knew and should have known that the work was intended for commercial distribution.

3. Knowingly provided material and false contact information to a domain.

4. Using a legal business and diverted funds for illegal activities, dealing in an obscene matter, unauthorized fixations of and trafficking in sound recording and music videos. Engaging in criminal infringement of copyright (2319) and monetary transaction in property derived from a specified unlawful activity.

5. As described in the US COPYRIGHT LAW section 106 (A)(a)(3)  The material was used willfully, distorted, mutilated, modified, aiding and abetted. The members disrespected the honor of the reputation of Denise Jones with gross negligence. They never had sampling clearance, no written or verbal permission, nor gave credit to the original author.

6. The designated song writer Pardison Fontaine ( Jorden Thorpe) is liable, he profited from the infringement while declining to stop. Jorden induced and encouraged infringement collectively with his girlfriend Meganthestallion and other members of their organization for survallance and stocking to observe and report via A&R.
7. They made the work available on a computer network accessible to members of the public, and knew that the original  work was intended for commercial distribution.
8. Harassment and stalking involving the internet to cause substantial emotional distress to the target of the conduct. They acted with the intent to injure, harass, intimidate. Placing

the victim under surveillance in order to injure, harass and intimidate with intent to annoy, alarm, and distress the target. They cause mental distress, suffering, anguish, including depression, shame, humiliation, shock, embarrassment, grief, anxiety and fear.

9. Meganthestallion also known as Megan Pete copy and paste direct lines/lyrics from the above mentioned works. Her boyfriend Jorden Thorpe is the label's "designated song writer"and also owns rights to her music. Jorden Thorpe goes by the name Pardison Fontaine. Pardison is the credited songwriter on both of the above mentioned infringing work(copy version). Pardison is also known to write for other major artists like DRAKE and Kanye West. Pardison Fontaine is the son of Denise Jones ex business partner MATHEW THORPE.

10. Denise Jones and Mathew Thorpe (Pardison's Fontaine father) collaborated on an independent living company that provides housing and wrap-around service to adults. Mathew Thorpe couldn't hold up his end of the contract as a facilitated partner so it ended up in court with Denise Jones winning. This is part of the motive for the retaliation with the infringement.

11. 12/8/2019 Denise Jones created a song called Grab Em By The Pussy, inspired by a saying of our latest president Trump, a collective of works to express her view of politics due to personal experience. In the song GBTP it describes how powerful the women's role is in politics behind the scenes. It was created in a mild provocative manner to grasp the attention of the fans but the music had a message to the women in the word. GBTP was created to encourage women to get inside the system and make a change. It's art so it was created in a way to appeal to everyone. The pursauna of the artist is wild, sexy, rebellious, and political. The song was inspired by the saying by Trump so the song was designed to talk about the wild side of politics. The creative work shines light to women like Monica Lewinsky, Maryln Monroe, and Kim kardashian. Women who were in politics and sexualized but played a major role in the changes rather good or bad.

12. On August 25,2020  Meganthestallion, CardiB, and Pardison collaborated on a song called WAP. WAP Stands for "wet ass pussy". Immediately Denise Jones realized that they were stealing. They copy and paste lyrics using sometimes different slang terms(only the community/culture could interpret)that mean the same thing. They knew that Denise had published the works on BMI and ASCAP so they took the parts they really liked and displayed it on a larger scale due to financial advantages. In the song WAP they took the lyrics from GBTP " pussy so wet I got that nigga wild'n, pussy so wet got that nigga wild'n"  and created "it's that WAP WAP WAP it's some wet ass pussy." Then took the other half of the same bar(lyric) and Pardison Fontaine put voice on Thot shit saying "why you in the club with niggas wild'n" displaying a man wild'n out on his women.

13. The song cover of WAP is inspired by the movie BAPS. In the movie BAPS with Halie Barrie , the main character is nisi(Necey). The record label and their employees did that to word play on Necey X name to let her know that they are bullying her and taking her style. In the video WAP they used the same hair styles that NECEYX used as a trademark hairstyle and expression to copy, annoy, and mock NECEY X.

14. They stocked NECEYX social media via. Instagram and Facebook to gather content and information to use in the videos as scare tactics. The fact that NeceyX was only exposed to 13 states as a independent artist,they used their multi billion dollar industry for the purposes of commercial advantage and gain to display the stolen works on world wide networks.
15. In fear that no one would believe it NeceyX continued to work until June 11, 2021. Thot shit was released at the same time as another artist DABABY from Charlotte Carolina released Skat featuring TORY LANES. The content that was stolen to create SKAT wasn't finished being filmed so NeceyX became aware that the content was being stolen by someone on NeceyX team. THOT Shit by Maganthestallon have 14 direct lines copy and pasted from three different songs of NeceyX. They used the copy and paste method to steal the most favorable lyrics out of each song and bunch it into one song ( THOT SHIT). The video was a direct copy and expression. They mimicked the hairstyles and color themes, lyrics, the direct visual settings and plot of the song. They took the creative work and mutilated, modified, and disrespected the reputation of NECEYX . Meganthestallion used lyrics in the same song to embarrass and humiliate NECEYX by making reference to her being a older artist and other things not limited to shaming the social class and financial advantages.
16. After that song was released NeceyX investigated the song writer and all who was credited for the creation of the two songs WAP and THOT SHIT and found out the credit songwriter was Jorden Thorpe. Jorden Thorpe is NECEYX EX BUSINESS partners son. They met on multiple occasions.  That's when all the other information NeceyX gathered began to unfold. NeceyX been was alarmed and alerted when Meganthestallion made a public announcement in the news papers that she was going to school to open independent living company. knowing that's the company that Pardisons father had with NeceyX.
17. NeceyX knew that Meganthestallion was trolling and bullying her the whole time but in fear that people would ostracize her and not believe what they were doing nothing was said about it until there was enough information to present to the courts.
18. NeceyX endured two years of bullying, embarrassment, and humiliation causing anxiety and distress. NeceyX contacted the perpetrators through via. social media to bring awareness to the infringement. Instead of ceasing they heightened the harassment by using other major artists in the label and affiliates to troll and copy all the content that NeceyX released to cause substantial emotional distress, suffering, anguish, humiliation and fear of being singled out of the music industry.
19. WAMO 100 Is a radio station that is accepting payola from the record labels to ensure that the same artist is in rotation . NeceyX went to WAMO and paid for major promotion of the album she released and a lead representative from WAMO ( Portia Fox) set up a meeting with TAYLOR GANG to instill fear and encourage NeceyX to stay off mainstream media and go through their organization. Pardison Fontaine is connected to Pittsburgh but hangs out only with the Taylor Gang when he is visiting the city of Pittsburgh. Taylor Gang was public with meganthestallion and working closely with his

     record label. Taylor Gang is the only record label that came out of the city of Pittsburgh Pennsylvania.

20. The Label assigned A&RS who are supposed to go around to find new talent but instead they steal artist content then sell the material to the larger labels. They report to systems and networks that are considered repeat infringers.
21. Digital X records was responsible for recording and editing the content and they stalled up the process of the release of the videoGBTP. They erased all the content records to finish the video and deleted his Facebook account to hide the conversation about the videos and the movie we created. The movie was released Jan 28. after thinking the infringement was clear and out of the woods and released a video autobiography that been manipulated and modified to make it a negative. The description of the movie was about artists being sacrificed so they can steal their content. That was never disclosed to NeceyX during the filming of the movie GET LOST THE MOVIE!! I'm suing Digital records for defamation of character and invasion of privacy.
22. CrystslWoodford is a stylist in the industry that posed as my best friend. She was designated to first scam and then guide me through the initiation process of getting into the industry.she also deleted her old Facebook account to delete the message feed. She committed defamation of character and invasion of privacy by creating a documentary about my life of being wrongfully imprisoned. She partnered up with the people that were infringing on me.
23. After the public was informed of the infringement Warner music group started stocking NeceyX social media and began making false claims to get the pages deactivated but all the claims were disputed and overturned.