1. Denise Jones is requesting actual damages suffered as a result of the infringer, and any additional profits in the amount of 50 million dollars.  Denise Jones is asking Warner Music Group , Atlantic Records. 1501 certified Music , 300 entertainment, and it's providers to expeditiously disclose to the copyright owner all the information sufficient to identify the alleged infringer of the material described in the notification to the extent such information is available to the service providers. NeceyX ask that upon obtaining such knowledge of awareness, acts expeditiously to disable access to the material.

2. 2x the amount of license fee preceding a period of up to three years. Ownership of the two songs and legal ownership of the ISRC CODES to both audio and visuals of the copied material. Denise Jones is requesting a total amount of 50 million dollars from the record label and a additional

3. I'm addition all royalties and future sales and stream etc.