UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

DENISE JONES,

                           Plaintiff,

          -against-

ATLANTIC RECORDS ET AL.,

                           Defendants.

-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Apr. 7, 2022

1:22-cv-0893 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of pro se Plaintiff's motions seeking redaction of her address from the docket and issuance of a subpoena to Defendants. ECF Nos. 13 and 14. At this early stage, the Court denies the motion for issuance of a subpoena with leave to renew at a later date.

As Plaintiff has consented to receive electronic service, and has provided an email address and phone number, the Court respectfully requests that the Clerk of Court (1) remove Plaintiff's mailing address from the docket, and (2) seal Plaintiff's change of address form, ECF No. 15, with viewing access restricted to the Court and Plaintiff. The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 13 and 14.

**SO ORDERED.**

Dated:    April 7, 2022
              New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**