| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: June 13, 2022 |

------------------------------------------------------- x
:
**DENISE JONES,** :
:
                **Plaintiff,** :    **1:22-cv-0893 (ALC)**
:
     -against- :
:    **ORDER**
**ATLANTIC RECORDS ET AL.,** :
:
                **Defendants.** :
:
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the letters concerning the pre-motion conference request filed by Defendants 300 Entertainment, Atlantic Records, Stephen Cooper, Craig Kaleman, Kevin Liles, Warner Music Group. ECF Nos. 24–25. In light of the fact that Defendants 1501 Entertainment and Carl Crawford have not been served, the Court denies the request for a pre-motion conference and denies leave to file a motion to dismiss. The denial is without prejudice and with leave to renew after Defendants 1501 Entertainment and Carl Crawford are served.

      Additionally, the Court extends by ninety days the deadline to serve Defendants 1501 Entertainment and Carl Crawford.

**SO ORDERED.**

Dated:    June 13, 2022
             New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**