UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**DENISE JONES,**

                **Plaintiff,**

       -against-

**ATLANTIC RECORDS ET AL.,**

                **Defendants.**

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 21, 2022

**1:22-cv-0893 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court extended the deadline for service. *See* ECF No. 26. The time for the served Defendants to respond to the Complaint is suspended during the 90-day extension period.

**SO ORDERED.**

**Dated:**    **June 21, 2022**
              **New York, New York**

                                                             **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**