UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
 **DENISE JONES,**

                    **Plaintiff,**

              -against-

 **ATLANTIC RECORDS ET AL.,**

                    **Defendants.**
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 21, 2022

**1:22-cv-0893 (ALC)**

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendants shall respond to Plaintiff's letter, ECF No. 27, no later than June 27, 2022.

**SO ORDERED.**

**Dated:   June 21, 2022**
            **New York, New York**

                                                             **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**