| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------------- x<br>**DENISE JONES,**<br>　　　　　　　　　　**Plaintiff,**<br>　　　　　-against-<br>**ATLANTIC RECORDS ET AL.,**<br>　　　　　　　　　　**Defendants.**<br>------------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: July 21, 2022<br><br>**1:22-cv-0893 (ALC)**<br><br>**ORDER TO RESPOND** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of Plaintiff's requests for injunctive relief, impoundment and default judgment. *See* ECF Nos. 27, 32, and 33. The Court is also in receipt of Plaintiff's re-filed request for a subpoena. ECF No. 31. After review, the Court finds Plaintiff's arguments lacking in merit at this juncture and the Court DENIES the requests.

　　The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 31.

**SO ORDERED.**

**Dated:**　**July 21, 2022**
　　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Carter*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**