**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

   **DENISE JONES,**

                          **Plaintiff,**

          **-against-**

   **ATLANTIC RECORDS ET AL.,**

                    **Defendants.**

----------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 26, 2022

   **1:22-cv-0893 (ALC)**

   <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

     In response to Plaintiff's letter, ECF No. 36, the Court clarifies that Plaintiff's requests for injunctive relief, impoundment and default judgment are denied.

**SO ORDERED.**

**Dated:**    **July 26, 2022**
            **New York, New York**

_____

        **ANDREW L. CARTER, JR.**
        **United States District Judge**