Denise Jones
msdenisejonesdcs@yahoo.com
412-610-5635
July 28, 2022

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
500 Pearl street, New York, NY 10007

Re: 1:22 cv 00893(ALC)

Dear: Honorable Judge Carter Jr.
   The last defendant to be served (1501 Entertainment ;Carol Crawford)  was served June 30, 2022 by the Texas US Marshals. Mr Crawford had 21 days to respond and has exceeded the deadline. The plaintiff is asking the courts to take action against the defendant Carol Crawford to the extent appropriate at this juncture.
    A. Megan Pete is also currently in a contract court dispute with 1501 Entertainment and Roc Nation.
    B. 1501 Entertainment has to approve Megan Pete's music before it can be released.

The plaintiff is respectfully asking the courts to take action against 1501 Entertainment to what extent is appropriate at this juncture and proceed with court now that everyone is properly served.

*Denise Jones* (signature)