UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

<u>Denise Jones,</u>

Plaintiff(s)

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

-against-   1:22CV -00899

<u>Atlantic Recording Corporation, 300 Entertainment LLC, and their indirect parent, Warner Music Group Corp., and 1501 Certified Entertainment</u> ,
Defendant(s).

------------------------------------------------------X

  <u>  Denise Jones         </u>  hereby declares as follows: 1. I am the plaintiff in this action.

2. This action was commenced pursuant to<u>   6/30/2022   1700hours   </u>. 3. The time for defendant(s), 1501 Certified  Entertainment, to answer or otherwise  move with respect to the complaint herein has expired.

4. Defendant(s), 1501 Certified Entertainment, has not answered or otherwise  moved with respect to the complaint, and the time for defendant(s)   21 Days  to answer or otherwise move has not been extended.

5. That defendant(s) 1501 Certified Entertainment, Atlantic Records etc,<u>     </u> is not an infant or incompetent. Defendant(s) _1501Certified  Entertainment  is not presently in the military service of the United States as appears from facts in this litigation. 6. The docket

*Denise Jones* (signature)

number for proof of service is EFC no. 40 (see attachment(s)

WHEREFORE, plaintiff  Denise Jones  requests that the default of defendant(s) __1501 Certified Entertainment, Atlantic Records etc._ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

*Denise Jones* (signature)

Dated: By:8/2/2022  Denise Jones
msdenisejonesdcs@yahoo.com
4126105635