**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

                            Plaintiff(s)              **Request for Clerk's Certificate of Default**

vs.

                                            Civil Case No._____

                            Defendant(s)

_____

     Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, _____ requests a Clerk's certificate of entry of default.  Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

     1)   is not an infant or incompetent person;

     2)   is not in the military service;

     3)   was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

     4)   has defaulted in appearance in the above captioned action.

                                                  _____
                                                  **Counsel for Plaintiff(s) / Plaintiff(s) Pro se**

*/s/ Denise Jones*