August 17, 2022

**VIA E-FILING**

The Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE: *Jones v. Atlantic Records et al.*, Civ. No. 22-cv-893 (ALC)

Dear Judge Carter:

      I write on behalf of myself and as CEO of 1501 Certified Entertainment, LLC ("1501") in the above-referenced matter. I am continuing to finalize the retention of counsel in this matter.

      As other defendants in this case have already done, I am writing pursuant to Section 2.A of the Court's Individual Practices to request a pre-motion conference in anticipation of both 1501 and me filing a motion to dismiss the Complaint of Plaintiff Denise Jones in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In making this request, I join in and reiterate all of the arguments made by counsel for Defendants Atlantic Recording Corporation, Warner Music Group Corp., Theory Entertainment LLC d/b/a 300 Entertainment, Craig Kallman, Stephen Cooper, and Kevin Liles in the requests sent by their counsel to this Court on May 26, 2022 (ECF 24) and August 4, 2022 (ECF 52).

      Thank you very much for your consideration of this request.

                                                            Sincerely,

                                                           */s/ Carl Crawford*
                                                           Carl Crawford
                                                           CEO of 1501 Certified Entertainment, LLC
                                                           207 Reinerman St.
                                                          Houston TX, 77007
                                                          carl.crawford@1501ent.com
                                                          (832) 343-4477

cc: Plaintiff Denise Jones
     All counsel of record