T
Denise Jones
msdenisejonesdcs@yahoo.com
412-610-5635
August 18, 2022

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
500 Pearl street, New York, NY 10007

Re: 1:22 cv 00893(ALC)

Dear: Honorable Judge Carter Jr.

The plaintiff would like to enter the amended 285 to the courts in replacement of the affidavit as proof that Carl Crawford was in fact served personally. The plaintiff is respectfully asking the courts to revoke the extension that was awarded to Mr. Carl Crawford for fraud perpetrated against the courts. See attachments

Denise Jones