```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DENISE JONES,                                                 :
                                                              :
                              Plaintiff,                      :
                                                              :
              -against-                                       :
                                                              :
ATLANTIC RECORDS ET AL.,                                      :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 4, 2022

1:22-cv-0893 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

*Pro se* Plaintiff has submitted numerous filings seeking default against Defendants. The Court finds these submissions to be unmeritorious; all Defendants have either appeared, acknowledged receipt of the complaint and are seeking counsel, or have not been served. Accordingly, Plaintiff is hereby ORDERED that she may not seek default before first receiving leave from the Court.

Additionally, the Court grants Defendants Atlantic Recording Corporation, Warner Music Group Corp., 300 Entertainment LLC, Craig Kallman, Stephen Cooper, and Kevin Liles, as well as Carl Crawford and 1501 Entertainment LLC leave to move to dismiss Plaintiff's Complaint. Defendants shall file their motions no later than November 1, 2022. Plaintiff shall submit **one** opposition to both motions no later than November 29, 2022. Replies, if any, shall be filed by December 13, 2022.

By November 1, 2022, Carl Crawford and 1501 Entertainment LLC must either retain new counsel, or, in the case of Mr. Crawford, inform the Court whether he intends to represent themselves. "[I]t is established that a corporation, which is an artificial entity that can only act through agents cannot proceed pro se." *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20,

22 (2d Cir. 1983); *see also Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) ("A limited liability company also may appear in federal court only through a licensed attorney."). If Mr. Crawford proceeds *pro se*, he shall submit his mailing address, telephone number, and email address to the Court. Otherwise, his counsel shall file an appearance.

    The Clerk of Court is respectfully directed to vacate the certificates of default.

**SO ORDERED.**

Dated:   **October 4, 2022**
            **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**