Menu ⌄   Goodies ⌄

## RECEIPTS

| Num | Date | Desc | Amount |
|---|---|---|---|
| 188428015 | Nov 15, 2022 | DistroKid<br>DistroKid Musician Plan (Annual) - Unlimited Distribution | $21.19 |
| 115554725 | Dec 21, 2021 | Album Extras ⓘ · U Don't Know Me (feat. Movie)<br>Annual Subscription | $0.99 |
| 106256751 | Nov 15, 2021 | Refund - Preauthorization (not a charge) | -$1.00 |
| 106256744 | Nov 15, 2021 | Preauthorization (not a charge) | $1.00 |
| 106256706 | Nov 15, 2021 | DistroKid<br>DistroKid Musician Plan (Annual) - Unlimited Distribution | $19.99 |
| 48851943 | Nov 15, 2020 | DistroKid<br>DistroKid Musician Plan (Annual) - Unlimited Distribution | $19.99 |
| 18867914 | Nov 15, 2019 | DistroKid | $12.99 |

🔒 distrokid.com