IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA, FAMILY DIVISION   5/20

| FINAL HEARING: | July 7, 2021 | 9:00 a.m. |

**DO NOT APPEAR IN PERSON FOR THIS HEARING**
Read important instructions for Defendants below regarding REMOTE HEARING procedures

**IMPORTANT NOTICE TO DEFENDANT**: To present a defense to this Protection From Abuse (PFA) action and particip[ate] remotely, you or your attorney, should submit an "Intent to Defend" form as soon as possible prior to the day of the schedu[led] hearing and provide the required contact information. You will then receive further instructions by email.

To submit an "Intent to Defend" form, go to www.alleghenycourts.us.
Click-on the "FAMILY" heading. Under "Protection From Abuse" select "Intent to Defend".

If you fail to submit an "Intent to Defend" form, the case may proceed against you and a Final PFA order may be entered aga[inst] you, granting the relief requested in the petition. If you do not have access to the internet or this website, then you should call (4[12]) 350-4441 the morning of your scheduled hearing, by 9:30 a.m., and leave a message with a phone number where you can [be] contacted.

Denise Jones
 Plaintiff,

FD No. 21-01054

vs.

Jerry Thorpe
aka Matthew Thorpe
 Defendant.

Type of Pleading:
**PROTECTION FROM ABUSE (PFA)**
**PETITION AND TEMPORARY ORDER**

Filed on Behalf of:
**PLAINTIFF**, *Pro Se*

☐ Weapons Supplement attached

☒ - Temporary PFA Petition

☐ - Temporary PFA Petition with Custody
 (See paragraph 5 of Order)

*"Cover Page"*