[1]Denise Jones
msdenisejonesdcs@yahoo.com
412-610-5635
December 13, 2022

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
500 Pearl street, New York, NY 10007

Re: 1:22 cv 00893(ALC)

The plaintiff respectfully asks the courts to carefully observe that the complaint list multiple copyrights listed in the complaint. The main song infringed was grab 'em by the puxxy but the plantiff also repeatedly notified the courts that they took lines from multiple songs and smashed the lyrics into one song. The plantiffs were infringing since the beginning of her career; it just became very noticeable after WAP and Thot shit. Every song that was infringed are copyrighted and widely dismantled. .

*Denise Jones*

---

[1]