UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DENISE JONES,

                      Plaintiff,

-against-                            22 **CIVIL** 893 (ALC)

                                              **JUDGMENT**

ATLANTIC RECORDS, WARNER MUSIC GROUP,
1501 CERTIFIED ENTERTAINMENT, 300
ENTERTAINMENT, MEGAN J. PETE, JORDEN
THORPE, BELCALIS MARLENIS ALMANZAR, CRAIG
KALEMAN, STEPHEN COOPER, CARL CRAWFORD,
and KEVIN LILES,

                      Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 29, 2023, Defendants' motion to dismiss are GRANTED and the Complaint is dismissed with prejudice in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

        August 30, 2023

                                                           **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                      **BY:**        *K. mango*

                                                                **Deputy Clerk**